200-220 West 26 LLC, Petitioner-Landlord-Respondent,
against
Ashley D. Carney, Respondent-Tenant-Appellant.




Tenant appeals from (1) a final judgment of the Civil Court of the City of New York, New York County (Jean T. Schneider, J.), entered November 9, 2018, after a nonjury trial, which awarded landlord possession and a recovery of rent arrears in the principal sum of $10,642.70 in a nonpayment summary proceeding and (2) that portion of an order (same court and Judge), dated January 4, 2019, which conditionally stayed execution of the warrant of eviction only through January 18, 2019.




Per Curiam.
Final judgment (Jean T. Schneider, J.), entered November 9, 2018, modified by reducing landlord's recovery of rent arrears to the principal sum of $9,478.17; as modified, final judgment affirmed, without costs. Order (same court and Judge), dated January 4, 2019, affirmed, without costs. 
Except as indicated, the trial court's resolution of the rent, habitability and other issues litigated below is supported by a fair interpretation of the evidence (see Claridge Gardens v Menotti, 160 AD2d 544 [1990]). On this record, there is no basis to disturb the court's credibility determinations, including its characterization of tenant's testimony as "deeply disturbing" and its rejection of her claims regarding, inter alia, toxic chemicals coming out of her apartment's heating unit and bathroom vent, and neighbors conspiring with landlord to stalk and attack her, as "uncorroborated and ... entirely incredible."
However, tenant established that landlord's rent ledger did not record or credit tenant's payment of monthly rent for November 2017 of $1,164.53 prior to service of landlord's rent demand in December 2017. Accordingly, we modify the final judgment accordingly.
We have considered tenant's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 17, 2019